# First District Court of Appeal
## State of Florida

_____

No. 1D2023-0137

_____

Kenshadro Hutley,

    Appellant,

v.

State of Florida,

    Appellee.

_____

On appeal from the Circuit Court for Gadsden County.
Ronald Wallace Flury, Judge.

May 20, 2024

Per Curiam.

    Affirmed.

Lewis, Rowe, and M.K. Thomas, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Flor Diaz-Wayt, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and David Welch, Assistant Attorney General, Tallahassee, for Appellee.